The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TERRI I. SMITH, | ) |
|     Plaintiff, | ) No. 3:12-cv-05155-RBL-JRC </br> ) |
| v. | ) ORDER </br> ) |
| CAROLYN W. COLVIN, </br> Acting Commissioner of Social Security, | ) </br> ) </br> ) |
|     Defendant. | ) |

Based upon Plaintiff's Motion for Attorney Fees, Expenses, and Costs Under the Equal Access to Justice Act and Plaintiff's Contract for Attorney Representation in Federal Court, it is hereby ordered that attorney's and paralegal's fees in the amount of $3,840.46 and expenses in the amount of $17.25 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and costs in the amount of $20.50 pursuant to 28 U.S.C. § 1920; 31 U.S.C. §1304(a), shall:

    (1) Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, – U.S. –, 130 S. Ct. 2521 (2010) and delivered to Plaintiff's counsel, Robert A. Friedman; however,

    (2) If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the

Order - 1
[No. C12-5155-RBL-JRC]

**ROBERT A. FRIEDMAN and ASSOCIATES**
3410 Broadway
Everett, Washington 98201
(425) 252-5551
FAX (425) 259-7111

Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Robert A. Friedman, based upon Plaintiff's assignment of these amounts to him.

Dated:   April 23, 2013

_____
Ronald B. Leighton
United States District Judge

Order - 2
[No. C12-5155-RBL-JRC]